1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  2:09-cv-00460-GEB-JFM
                                    )
12           Plaintiff,             )  **APPLICATION AND ORDER FOR**
                                    )  **PUBLICATION**
13      v.                          )
                                    )
14 2007 CHRYSLER 300,               )
   VIN: 2C3KA43R27H743731,          )
15 CALIFORNIA LICENSE NUMBER:       )
   6ESN623,                         )
16                                  )
             Defendant.             )
17 ─────────────────────────────────)

18      The United States of America, Plaintiff herein, applies for

19 an order of publication as follows:

20      1.  Rule G(4) of the Supplemental Rules for Admiralty or

21 Maritime Claims and Asset Forfeiture Actions (hereafter

22 "Supplemental Rules") provides that the Plaintiff shall cause

23 public notice of the action and arrest to be given in a newspaper

24 of general circulation or on the official internet government

25 forfeiture site;

26      2.  Local Rule 83-171, Eastern District of California,

27 provides that the Court shall designate by order the appropriate

28 newspaper or other vehicle for publication;

                            1

1      3.   The defendant 2007 Chrysler 300, VIN: 2C3KA43R27H743731,

2   California License Number: 6ESN623 (hereafter "defendant

3   vehicle") was seized in the city of Elk Grove, Sacramento County,

4   California.  The Federal Bureau of Investigation published notice

5   of the non-judicial forfeiture of the defendant vehicle on

6   November 14, 21 and 28, 2008, in <u>The Wall Street Journal</u>.

7      4.   Plaintiff proposes that publication be made as follows:

8           a.   One publication;

9           b.   Thirty (30) consecutive days;

10          c.   On the official internet government forfeiture

11   site www.forfeiture.gov;

12          d.   The publication is to include the following:

13               (1)   The Court and case number of the action;

14               (2)   The date of the arrest/seizure;

15               (3)   The identity and/or description of the

16   property arrested/seized;

17               (4)   The name and address of the attorney for the

18   Plaintiff;

19               (5)   A statement that claims of persons entitled

20   to possession or claiming an interest pursuant to Supplemental

21   Rule G(5) must be filed with the Court and served on the attorney

22   for the Plaintiff no later than 60 days after the first day of

23   publication on the official internet government forfeiture site;

24   and

25               (6)   A statement that answers to the Complaint or

26   a motion under Rule 12 of the Federal Rules of Civil Procedure

27   ("Fed. R. Civ. P.") must be filed and served within 20 days after

28   ///

1 | the filing of the claims and, in the absence thereof, default may

2 | be entered and condemnation ordered.

3 | Dated: <u>Feb. 13, 2009</u>          LAWRENCE G. BROWN
                                          Acting United States Attorney

4 |

5 |

6 |                                        <u>/s/ Kristin S. Door</u>
                                          KRISTIN S. DOOR
                                          Assistant United States Attorney

7 |

8 |

9 |                                        **ORDER**

10 |       IT IS SO ORDERED.

11 | Dated: February 19, 2009.

12 |

13 |

_____
UNITED STATES MAGISTRATE JUDGE

14 |

15 | /2007chrysler

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

3