1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7



**FILED**

FEB 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:09-cv-00460-GEB-JFM
                                   )
12           Plaintiff,            )   **ORDER REGARDING CLERK'S**
                                   )   **ISSUANCE OF WARRANT FOR**
13      v.                         )   **ARREST OF ARTICLES *IN REM***
                                   )
14  2007 CHRYSLER 300,             )
    VIN: 2C3KA43R27H743731,        )
15  CALIFORNIA LICENSE NUMBER:     )
    6ESN623,                       )
16                                 )
             Defendant.            )
17  _____)

18       WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

19  filed on February 17, 2009, in the United States District Court

20  for the Eastern District of California, alleging that the

21  defendant 2007 Chrysler 300, VIN: 2C3KA43R27H743731, California

22  License Number: 6ESN623 (hereafter "defendant vehicle"), is

23  subject to forfeiture to the United States pursuant to 21 U.S.C.

24  §§ 881(a)(6) and 881(a)(4) for one or more violations of 21

25  U.S.C. § 841 *et seq.*;

26       And, the Court being satisfied that, based on the Verified

27  Complaint for Forfeiture *In Rem* and the affidavit of Federal

28  Bureau of Investigation, Special Agent, Kenneth Cooper, there is

                              1

1  probable cause to believe that the defendant vehicle so described
2  constitutes property that is subject to forfeiture for such
3  violation(s), and that grounds for issuance of a Warrant for
4  Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
5  the Supplemental Rules for Admiralty or Maritime Claims and Asset
6  Forfeiture Actions;

7      IT IS HEREBY ORDERED that the Clerk for the United States
8  District Court, Eastern District of California, shall issue a
9  Warrant for Arrest of Articles *In Rem* for the defendant vehicle.
10 Dated: **2/20/09**

                                    *Dale A. Drozd*
11
                                    _____
12                                  DALE A. DROZD
                                    United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2