1   LAWRENCE G. BROWN
    Acting United States Attorney
2   KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916)554-2723

5   Attorneys for Plaintiff
    United States of America

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )
                                     )
12            Plaintiff,             )        2:09-cv-00460 GEB JFM
                                     )
13       v.                          )
                                     )
14  2007 CHRYSLER 300,               )        FINDINGS AND RECOMMENDATIONS
    VIN: 2C3KA43R27H743731,          )
15  CALIFORNIA LICENSE NUMBER:       )
    6ESN623,                         )
16                                   )
              Defendant.             )
17  _____ )

18            Plaintiff is proceeding with a civil action in this Court.  This matter has been

19  referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule

20  72-302(c)(19).  Plaintiff's ex parte motion for default judgment, filed on May 21, 2009, is before

21  the court.  There was no appearance by or on behalf of any other person or entity claiming an

22  interest in the defendant funds to oppose plaintiff's motion.  Based on plaintiff's motion and the

23  files and records of the court, THE COURT FINDS as follows:

24            1.  This action arose out of a Verified Complaint for Forfeiture *In Rem* filed

25  February 17, 2009.

26  /////

                                        1

2.  Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Anita Chand and Francis Chand.

3.  Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Anita Chand and Francis Chand received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS HEREBY RECOMMENDED that:

4.  Anita Chand and Francis Chand be held in default;

5.  Plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6.  A judgment by default be entered against any right, title or interest of potential claimants Anita Chand and Francis Chand in the defendant vehicle;

7.  A final judgment be entered, forfeiting all right, title and interest in the defendant vehicle to the United States of America, to be disposed of according to law.

8.  The Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Garland E. Burrell, Jr. and filed by the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that

/////
/////
/////
/////

1  failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: June 16, 2009.

4

5  _____

6  UNITED STATES MAGISTRATE JUDGE

7  /2007Chrysler.def

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26