LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cv-00460-GEB-JFM |
| Plaintiff, | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| 2007 CHRYSLER 300, VIN: 2C3KA43R27H743731, CALIFORNIA LICENSE NUMBER: 6ESN623, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge John F. Moulds on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant vehicle to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

Findings and Recommendations [Proposed]    1

2. Anita Chand and Francis Chand are held in default.

3. A judgment by default is hereby entered against any right, title or interest of Anita Chand and Francis Chand in the defendant vehicle referenced in the above-caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant vehicle to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorneys' fees.

Dated: June 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge